UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAMADOU SOW,

Petitioner,

v.

WARDEN OF MONROE COUNTY JAIL and DAVID VENTURELLA*, in his official capacity as ICE Field Office Director,* et al.,

Respondents.

Case No. 26-11843
Honorable Laurie J. Michelson

**ORDER REQUIRING STATUS UPDATE**

On October 23, 2026, consistent with the Court's prior order requiring that Petitioner either be released or be afforded a bond hearing under § 1226(a), Respondents docketed a status report. Respondents informed the Court that while the bond hearing was scheduled for October 19, it was canceled because Petitioner's immigration attorney did not appear and Petitioner did not want to proceed without his counsel. (ECF No. 18, PageID.162.) The bond hearing has been rescheduled for today, October 26.

Accordingly, Respondents must docket a status report no later than October 27, 2026 that certifies compliance with this Court's previous order and that details the results of the bond hearing.

IT IS SO ORDERED.

Dated: October 27, 2026

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE